IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LAWRENCE HENDON,                                06-CV-1438-AS

       Plaintiff,
                                                  ORDER

v.

B. WHELAN, D. WETTLAUFER,
D. MUEGGLER

       Defendants.


**LAWRENCE HENDON**
#5613588
2723 N. Houghton
Portland, OR 97217

       Plaintiff, *Pro Se*

**HARDY MYERS**
Attorney General
**JACQUELINE SADKER**
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR  97301-4096
(503) 378-6313

       Attorneys for Defendants

1 - ORDER

**BROWN, Judge.**

Magistrate Judge Donald C. Ashmanskas issued an Order (#7) Denying Plaintiff's Motion for Appointment of Counsel (#3) on October 31, 2006.  Plaintiff filed timely objections to the Order.  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(A) and Federal Rule of Civil Procedure 72(a).

When a party objects to any portion of a Magistrate Judge's nondispositive Order, the district court must make a *de novo* determination of that portion of the Order.  28 U.S.C. § 636(b)(1).  *See also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988); *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981), *cert. denied*, 455 U.S. 920 (1982).

This Court has carefully considered the Objections of Plaintiff and concludes they do not provide a basis to modify the Magistrate Judge's Order.  This Court also has reviewed the pertinent portions of the record *de novo* and does not find any error.

## CONCLUSION

The Court **AFFIRMS** Magistrate Judge Ashmanskas's Order denying Plaintiff's Motion for Appointment of Counsel (#7).

2 - ORDER

Accordingly, the Court **DENIES** Plaintiff's Motion for Appointment of Counsel (#3).

    IT IS SO ORDERED.

    DATED this 18th day of December, 2006.

                                    /s/ Anna J. Brown

                                    ANNA J. BROWN
                                    United States District Judge