

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LAWRENCE HENDON,

      Plaintiff,

  v.

B. WHELAN, et al.,

      Defendants.

Civil No. 06-1438-AS

ORDER

ASHMANSKAS, Magistrate Judge.

IT IS ORDERED that Plaintiff's request (#20) to voluntarily dismiss this action is GRANTED.

IT IS SO ORDERED.

DATED this 16 day of March, 2007.

                    Donald C. Ashmanskas
                    United States Magistrate Judge

1 - ORDER -